# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CHARLES CLEMENS | : | No. 12-268 |

## ORDER

AND NOW, this 14th day of October 2022, upon review of Defendant Charles Clemens's Motion for Compassionate Release (Doc. No. 69), the Government's Response in Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 71), and Mr. Clemens's Reply to the Government's Response (Doc. No. 77), it is hereby **ORDERED** that Mr. Clemens's Motion for Compassionate Release (Doc. No. 69) is **DENIED**.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1